# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-1586-JLS |
| Plaintiff, | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| vs. | |
| CORINNA THING (2), | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in the above-entitled case currently scheduled for October 29, 2021, 2021 at 1:30 p.m. be continued until December 17, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: October 27, 2021

Hon. Janis L. Sammartino
United States District Judge