18UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CORINA THING (2),<br><br>                                    Defendant. | Case No.:  21CR1586-JLS<br><br>**ORDER RECOMMENDING AND AUTHORIZING THE U.S. BUREAU OF PRISONS, THE U.S. MARSHALS SERVICE AND W.R.D.F. GEO TO MAINTAIN CUSTODY OF DEFENDANT CORINNA THING, REGISTER NUMBER 53843-509, AT W.R.D.F. GEO** |

**TO: THE U.S. BUREAU OF PRISONS, THE U.S. MARSHALS SERVICE AND W.R.D.F. GEO.**

   Pursuant to ex parte motion of the Defendant and good cause appearing, this court recommends and authorizes you to maintain the custody of Corinna Thing, Register Number 53843-509 at W.R.D.F. GEO until the conclusion of the  above entitled case.

   IT IS SO ORDERED.

Dated:  November 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge