UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>CORINNA THING (2),<br><br>                          Defendant. | Case No.:  21CR1586-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Pursuant to an unopposed motion by Defendant, to be filed under seal, and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in this matter is continued from December 17, 2021 to **January 21, 2022** at **1:30 p.m.**

For the reasons set forth in the motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  December 15, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

21CR1586