# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORINNA THING (2),<br><br>Defendant | Case No.: 21cr1586-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

Upon application of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion hearing/trial setting scheduled January 21, 2022, at 1:30 p.m., be continued to February 25, 2022, at 1:30 p.m.

IT IS ALSO HEREBY ORDERED that time be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B), that (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (iii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and/or (iv) failure to grant the continuance would unreasonably deny the parties continuity of counsel and would deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

SO ORDERED.

Dated:  January 19, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge