FILED
SEP 09 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  GhV  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr01586-JLS |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| v. | |
| CORINNA THING, | |
| Defendant. | |

WHEREAS, in the Superseding Information the United States sought forfeiture of all right, title, and interest in currency, firearms, and ammunition of Defendant CORINNA THING ("Defendant"), pursuant to 21 U.S.C. § 853 as proceeds of and as properties used and intended to be used to commit and to facilitate the commission of the violations of 21 US.C. §§ 841(a)(1) and 846 as charged in the Superseding Information; and

WHEREAS, on or about April 14, 2022, Defendant pled guilty before the U.S. Magistrate Judge Andrew G. Schopler to violation of 21 US.C. §§ 841(a)(1) and 846 as charged in Counts 1 and 2 of the Superseding Information; and

WHEREAS, on or about September 8, 2022, the parties lodged a forfeiture addendum to the plea agreement, which included the Defendant's consents to the forfeiture allegations of the Superseding Information and consents

to the forfeiture of all properties seized in connection with the case, including, but not limited to, the forfeiture of the following:

1. $18,839.00 U.S. Currency;
2. One SPH XD9 handgun with an obliterated serial number;
3. One SPH XD40 bearing serial number XD546989;
4. Two firearm magazines;
5. Six cellular telephones; and
6. 51 rounds of ammunition; and

WHEREAS, on May 18, 2022, this Court accepted the guilty plea of the Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and the forfeiture addendum the Court finds that the United States has established the requisite nexus between the forfeited properties and the offenses; and

WHEREAS, by virtue of the guilty pleas to Counts 1 and 2 and the filing of the forfeiture addendum, the United States is now entitled to possession of the above-referenced properties, pursuant to 21 US.C. §853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, pursuant to Rule 32.2(b), the United States having requested the authority to take custody of the above-referenced properties which are hereby found forfeitable by the Court; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty pleas of the Defendant, the United States is hereby authorized to take custody and control of the following assets, and all right, title, and interest of Defendant CORINNA THING in the following firearm, ammunition, and properties are hereby forfeited to the United States pursuant 21 US.C. §§ 841(a)(1)

and 846 for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

1. $18, 839.00 U.S. Currency;
2. One SPH XD9 handgun with an obliterated serial number;
3. One SPH XD40 bearing serial number XD546989;
4. Two firearm magazines;
5. Six cellular telephones; and
6. 51 rounds of ammunition.

2. The $18,839 in U.S. currency is to be held by the Federal Bureau of Investigation in its secure custody and control pending further order of the Court;

3. The cellular telephones, firearms, magazines, and ammunition are to be held by San Diego Police Department in is secure custody and control and may be disposed of by SDPD pursuant to law when no longer needed as evidence. No third-party proceedings will be held with respect to these items.

4. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties as to the $18,839 in U.S. currency. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third- party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter an amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney

General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the $18,839 in U.S. currency shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the $18,839 in U.S. currency as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the above-referenced assets, in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

**IT IS SO ORDERED.**

DATED: 09/09/2022

Hon. Janis L. Sammartino
United States District Court, Judge